JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johel Valiente et al., <br>     Plaintiffs, <br> v. <br> Swift Transportation Co. of Arizona, LLC, et al., <br>     Defendants. | Case No. 2:19-cv-04217-VAP-KKx <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment *sua sponte* in favor of Defendant Swift Transportation Co. of Arizona, LLC, IT IS ORDERED AND ADJUDGED that the action, *Johel Valiente et al. v. Swift Transportation Co. of Arizona, LLC, et al.*, 2:19-cv-04217-VAP-KKx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   4/5/21

                               Virginia A. Phillips
                               United States District Judge